GAY CROSTHWAIT GRUNFELD – 121944
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbg-law.com
lells@rbg-law.com

Attorneys for Plaintiffs

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OCTAVE MUSIC PUBLISHING CORP.;
BOURNE CO.; MUSIC SALES CORP.;
HAMPSHIRE HOUSE PUBLISHING CORP.;
SONY/ATV HARMONY; OLDE CLOVER
LEAF MUSIC; RAY HENDERSON MUSIC
CO., INC.; WB MUSIC CORP.; ARTHUR
HAMILTON d/b/a HARMONY GRACE
PUBLISHING and EDWIN H. MORRIS &
CO., INC.,

    Plaintiffs,

    v.

SEAFOOD PEDDLER OF SAN RAFAEL,
INC. and ALPHONSE SILVESTRI,

    Defendants.

Case No.: CV 09 5846 HRL

**COMPLAINT**

Plaintiffs, complaining of the Defendants, by ROSEN, BIEN & GALVAN, LLP, their attorneys, allege:

1. This is a suit for copyright infringement under Title 17, U.S.C. Jurisdiction of this Court is based upon Title 28, U.S.C. § 1338(a).

2. Plaintiffs allege eight (8) causes of action for copyright infringement based on the Defendants' public performances of copyrighted musical compositions. SCHEDULE A annexed to the Complaint sets forth in summary form the allegations hereinafter made with respect to the Plaintiffs, their copyrighted musical compositions, and Defendants' acts of infringement.

3. Plaintiffs named in Column 2 (all references to columns are to columns in SCHEDULE A) are the owners of the copyrights in the works listed in Column 3, and are properly joined in this complaint under Rule 20, Fed. R. Civ. P.

4. Defendant Seafood Peddler of San Rafael, Inc. is a California corporation which did at the times hereinafter mentioned and still does own, control, manage, operate and maintain a place of business for public entertainment, accommodation, amusement and refreshment known as Seafood Peddler Restaurant, located at 100 Yacht Club Dr., in San Rafael, in the State of California.

5. Upon information and belief, Defendant Alphonse Silvestri is a resident of this District and, at all times hereinafter mentioned, was and still is a principal stockholder and President of Defendant Seafood Peddler of San Rafael, Inc., and primarily responsible for the control, management, operation and maintenance of the affairs of said corporation. The acts hereinafter complained of were done with his active assistance, cooperation, acquiescence and procurement, and he derives financial benefit therefrom.

6. Musical compositions were and are publicly performed at said place of business.

7. The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

8. Each composition was published on the date stated in Column 5, and since the date of publication has been printed and published in strict conformity with Title 17, U.S.C.

9. The compositions named in causes of action 1 through 4 were registered as unpublished compositions on the dates stated in Column 5.

10. The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17, U.S.C., and secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

11. All of the compositions are now in the renewal term of the copyright, secured by due filing of an application for renewal of copyright in the office of the Register of Copyrights. The Register of Copyrights thereupon issued Certificates of Registration of the respective claims to the renewal of copyrights in the names of those claimants listed in Column 7. The dates and identification numbers of such certificates are set forth in Column 8.

12. Defendants on the dates specified in Column 9, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composition named in Column 3 by giving public performances of the compositions on Defendants' premises, for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

13. The performances of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 9 on Defendants' premises were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff or any agent, servant or employee of any Plaintiff to give such performances.

14. In undertaking the conduct complained of in this action, Defendants knowingly and intentionally violated Plaintiffs' rights. Defendants' knowledge and intent are established by the following facts:

    a. Defendants have not sought or obtained a license agreement from Plaintiffs or the American Society of Composers, Authors and Publishers (ASCAP), a performing rights licensing organization of which all Plaintiffs are members.

2
COMPLAINT – CASE NO.
[333300-2]

        b.    Despite numerous letters and other contacts by ASCAP representatives informing the Defendants of their liability under the United States Copyright Law, Defendants have continued to perform copyrighted music without permission during the hours that Defendants' establishment is open to the public for business and presenting musical entertainment.

        c.    The many unauthorized performances at Seafood Peddler Restaurant include the performances of the eight copyrighted musical compositions upon which this action is based.

15.    At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

16.    The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court restrains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

WHEREFORE, Plaintiffs pray:

(1)    That Defendants and all persons acting under the direction, control, permission or authority of Defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions or any of them and from causing or permitting the said compositions to be publicly performed in Defendants' said premises, or in any place owned, controlled or conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place or otherwise.

(2)    That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

(3)    That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

///

///

(4)     For such other and further relief as may be just and equitable.

Dated: December 14, 2009                         Respectfully submitted

                                                        ROSEN, BIEN & GALVAN, LLP

                                                        By:  _____
                                                            GAY CROSTHWAIT GRUNFELD
                                                            Attorneys for Plaintiffs

Schedule A

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 1. | OCTAVE MUSIC PUBLISHING CORP. | MISTY | ERROLL GARNER | April 11, 1955<br><br>September 2, 1954 | EP 90042<br><br>EU 369-532 REGISTERED AS UNPUBLISHED | MARTHA GLASER, AS "AN EXECUTOR OF THE COMPOSER ERROLL GARNER, DECEASED;" THEODORE PRESENT, AS "AN EXECUTOR OF THE COMPOSER ERROLL GARNER, DECEASED." | 3/03/1982 RE 123-364 | August 21, 2009 |
| 2. | BOURNE CO., MUSIC SALES CORP. | HERE'S THAT RAINY DAY | JOHNNY BURKE, JAMES VAN HEUSEN | June 10, 1953 | EP 72610 | MARY B. MARCH, AS "THE WIDOW OF THE AUTHOR, JOHNNY BURKE;" REGAN BURKE, TIMOLIN BURKE AND RORY BURKE NOVAK, AS "THE CHILDREN OF THE DECEASED AUTHOR, JOHNNY BURKE;" JAMES VAN HEUSEN AS "THE AUTHOR" | 1/5/1981 RE 91-997 | August 21, 2009 |
| 3. | HAMPSHIRE HOUSE PUBLISHING CORP. | FLY ME TO THE MOON (A/K/A IN OTHER WORDS) | BART HOWARD | May 17, 1954 | EP 80546 | BART HOWARD AS "AUTHOR" | 2/5/1982 RE 120-979 | August 21, 2009 |

Schedule A

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 4. | SONY/ATV HARMONY | WIVES & LOVERS | HAL DAVID, BURT BACHARACH | October 3, 1963<br><br>August 15, 1963 | EP 179-892<br><br>EU 784-952 REGISTERED AS UNPUBLISHED | "PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE, BURT T. BACHARACH;" "PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE, HAL DAVID." | 1/14/1991 RE 518-505<br><br>1/14/1991 RE 518-531 | August 21, 2009 |
| 5. | OLDE CLOVER LEAF MUSIC, RAY HENDERSON MUSIC CO., INC. | BYE BYE BLACKBIRD | RAY HENDERSON, MORT DIXON | May 3, 1926 | EXXC 640638 | MORT DIXON, AS "AUTHOR OF THE WORDS;" AND RAY HENDERSON, AS "COMPOSER OF THE MUSIC" | 5/6/1953 R 111-654 | August 21, 2009 |
| 6. | WB MUSIC CORP. | YOU MAKE ME FEEL SO YOUNG | JOSEF MYROW, MACK GORDON | June 14, 1946 | EP 7165 | TWENTIETH CENTURY MUSIC CORP. "AS PROPRIETOR OF COPYRIGHT OF WORK MADE FOR HIRE MACK GORDON AND JOSEF MYROW)"" | 12/10/1973 R 565-381 | August 21, 2009 |

Schedule A

| Columns 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Cause of Action | Plaintiff | Musical Composition | Writers | Date of Publication | Certificate of Registration Number | Renewal | Renewal Certificate Date and Number | Date of Known Infringement |
| 7. | ARTHUR HAMILTON D/B/A HARMONY GRACE PUBLISHING | CRY ME A RIVER | ARTHUR HAMILTON | October 24, 1955 | EP 94728 | ARHTUR HAMILTON AS "THE AUTHOR OF WORDS AND MUSIC" | 1/10/1983 RE 152-354 | August 21, 2009 |
| 8. | EDWIN H. MORRIS & CO., INC. | MISTER SANDMAN | FRANCIS DRAKE BALLARD (A/K/A PAT BALLARD) | October 18, 1954 | EP 84131 | HILDA G. BALLARD, AS "WIDOW OF DECEASED AUTHOR OF WORDS AND MUSIC, FRANCIS DRAKE BALLARD A/K/A PAT BALLARD." | 1/7/1982 RE 116-499 | August 21, 2009 |